FILED

**NOT FOR PUBLICATION**

MAR 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANJIT KAUR JOSHAN; GURMIT SINGH JOSHAN, a.k.a. Karmit Singh Joshan, | No. 08-73109 |
| Petitioners, | Agency Nos. A072-176-805<br>A072-010-100 |
| v. | MEMORANDUM* |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011**

Before:     CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Manjit Kaur Joshan and Gurmit Singh Joshan, natives and citizens of India,

petition for review of the Board of Immigration Appeals' ("BIA") order denying

their motion to reopen removal proceedings.  We have jurisdiction under 8 U.S.C.

---

        *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        **     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' motion to reopen on the ground that they did not establish that their former counsel failed to present arguments that may have affected the outcome of their case. *See id.* at 899-900 (petitioner must show prejudice to prevail on an ineffective assistance claim). Contrary to petitioners' contention, a presumption of prejudice does not apply. *Cf. Singh v. Ashcroft*, 367 F.3d 1182, 1189 (9th Cir. 2004) (applying presumption of prejudice where counsel failed to file any brief on appeal).

**PETITION FOR REVIEW DENIED**.